

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00527-CV

Adam B. **CANTU** d/b/a C2 Plumbing,
Appellant

v.

Jamey F. **AGUERO** d/b/a JA Contractors,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09252
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Jamey F. Aguero d/b/a JA Contractors, recover his costs of this appeal from appellant, Adam B. Cantu d/b/a C2 Plumbing.

SIGNED July 18, 2018.

_____
Marialyn Barnard, Justice